**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| KARINA LEE HOWE<br><br>APPELLANT,<br><br>v.<br><br>PNC MORTGAGE; MEYER LAW GROUP, LLP;<br><br>APPELLEES. | Civil Case No. 4:15-cv-03876-JSW<br><br>**ORDER ON STIPULATION TO EXTEND ALL DEADLINES IN APPEAL** |

The parties having agreed to the terms set forth in the Stipulation to Extend All Deadlines in Appeal (the "Stipulation") are bound by the terms of their Stipulation. The Stipulation, docket entry 12 is hereby approved and made and order of the Court. Appellee's brief is now due January 19, 2016. Appellant's reply brief remains due 14 days after service of Appellee's brief.
**IT IS SO ORDERED**:

Dated: 11-18-15

for HON. ~~YVONNE GONZALEZ ROGERS~~
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 1 -   Case No. 4:15-cv-03876
**ORDER STIPULATION TO EXTEND ALL DEADLINES IN APPEAL**