IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KARINA LEE HOWE,<br><br>    Debtor.<br>_____/<br><br>KARINA LEE HOWE,<br><br>    Appellant,<br><br>  v.<br><br>PNC MORTGAGE,<br><br>    Appellee.<br>_____/ | No. C 15-03876 JSW<br><br>**ORDER CLARIFYING BRIEFING SCHEDULE** |

      On November 18, 2015, the Court granted a stipulated request by Appellee PNC Mortgage and Appellant Karina Lee Howe to extend the deadline to file Appellee's brief to January 19, 2016. The Court now clarifies that this extension of time applies to all Appellees, not only to PNC Mortgage.

      Appellant shall file a single reply brief, which shall respond to all Appellees' briefs. The reply brief is due 14 days after service of the last-filed Appellee's brief.

      **IT IS SO ORDERED.**

Dated: November 24, 2015

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE